IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG – 7 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-08-362 |
| Manuel Ruiz-Rubalcava | § | |

## O R D E R

BE IT REMEMBERED on this _____ day of _____, 20 ____, the

Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of

the United States Magistrate Judge filed **April 21, 2008,** wherein the defendant **Manuel Ruiz-Rubalcava**

waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio**

for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The

magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no

opposition by defendant **Manuel Ruiz-Rubalcava** to the Report and Recommendation, the Court enters the

following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and

is hereby adopted.  The Court finds the Defendant **Manuel Ruiz-Rubalcava guilty of the offense of alien**

**unlawfully found in the United States after deportation, having been convicted of a felony, in violation**

**of 8 U.S.C. § 1326(a) and (b)(1).**

SIGNED this the _____ day of _____, 20 ____.

Hilda G. Tagle
United States District Judge